```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

KEVIN M. MOYLAN,

                      Plaintiff,

vs.                                Case No.   2:11-cv-603-FtM-99DNF

THREE WORKING WOMEN, LLC, a Florida limited liability company doing business as Granny Nannies, GRANNY NANNIES OF NORTH AMERICA, LLC a Florida limited liability company,

                      Defendants.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #20), filed December 23, 2011, recommending that the Joint Motion for Settlement Approval and Dismissal With Prejudice (Doc. #19) be granted, the settlement be approved as fair and reasonable, and the case dismissed.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation (Doc. #20) of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #20) is hereby **adopted** and the findings incorporated herein.

2. The Joint Motion for Settlement Approval and Dismissal With Prejudice (Doc. #19) is **granted** and the Settlement Agreement and Full and Final Release of All Claims (Doc. #19-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___9th___ day of January, 2012.

_/s/ John E. Steele_
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties